UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MARIN GONZALEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>ALVIN R. WEBBER,<br><br>   Defendant. | No.  2:15-cv-1643 MCE AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se and in forma pauperis. The proceeding was referred to this court by Local Rule 302(c)(21).

I. BACKGROUND

Plaintiff's original complaint was dismissed with leave to amend because the court was unable to determine what claim plaintiff was making, or why the case was filed in federal district court. See ECF No. 3. The complaint was extremely difficult to understand, did not contain a "short and plain" statement of the basis of this court's jurisdiction, nor a "short and plain" statement of plaintiff's claim showing that he is entitled to the $2,000,000 he sought as relief. Plaintiff then filed an amended complaint, styled "Motion To Amendment Complaint." ECF No. 4.

////

1

## II. VOLUNTARY DISMISSAL

Plaintiff has now filed a "Notice of Motion and Motion To Remand Removed Action." ECF No. 5. However, this matter was not removed from state court, but rather was filed directly in federal district court. See ECF No. 1. Nevertheless, it appears from plaintiff's most recent filing that he wishes to dismiss this action voluntarily, and to re-file it in state court.

At this stage of the proceedings, plaintiff is entitled to dismiss this action voluntarily, and to do so without leave of this court. See Fed. R. Civ. P. ("Rule") 41(a)(1)(A)(i). The undersigned's Findings and Recommendations (ECF No. 6), filed the same day as plaintiff's voluntary dismissal, has no effect on plaintiff's ability to dismiss this action. The court will therefore construe plaintiff's filing to be a proper dismissal of this action pursuant to Rule 41(a)(1)(A)(i), without prejudice. The court expresses no opinion on plaintiff's apparent desire to re-file this action in state court.

Therefore, plaintiff having properly dismissed this action without prejudice (ECF No. 5), IT IS HEREBY ORDERED that the Clerk of the Court shall close this case.

DATED: December 3, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2